**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 08-8424**

───────────

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

ANTTINE ANDERSON, a/k/a Antonio Anderson, a/k/a Anitione
Anderson,

              Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville.   Norman K. Moon,
District Judge. (3:04-cr-00030-nkm-mfu-2)

───────────

Submitted: February 26, 2009     Decided: March 9, 2009

───────────

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Anttine Anderson, Appellant Pro Se.  John L. Brownlee, United
States Attorney, Roanoke, Virginia; Stephen John Pfleger, Robert
Tracci, OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville,
Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anttine Anderson appeals the district court's order reducing his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court, United States v. Anderson, No. 3:04-cr-00030-nkm-mfu-2 (W.D. Va. Oct. 31, 2008) and the reasons expressed in our recent decision in United States v. Dunphy, 551 F.3d 247, 253-56 (4th Cir. 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED